Form 24

FORM 24. Bill of Costs

148

BILL OF COSTS (File original and three copies with the Clerk within 14 days of judgment.)

Docket No(s): A: 2010-1548    Caption: B: Marine Polymer Technologies, Inc. v. HemCon, Inc.

The Clerk is requested to tax the following costs against: C:

| ITEM | Number of copies | Number of pages | Actual cost | Allowable cost | Total billed | Total taxed |
|---|---|---|---|---|---|---|
| Docketing Fee (if paid in this court) | xxxxx | xxxxx | D: | | | |
| Table of Designated Materials (original) | xxxxx | E: | F: | 6.00 | | |
| Table of Compilation of Designated Materials (copying and collating) | G: | H: | | 0.08 | | |
| Brief (original) | xxxxx | E: 72 | 22.85 | 6.00 | 22.85 | ☺ |
| Brief (cover and binding) | G: 13 | xxxxx | 128.57 | 2.00 | 26.00 | |
| Brief (copying and collating) | G: 13 | H: 936 | 168.48 | 0.08 | 74.88 | |
| Appendix (original - table of contents) | xxxxx | E: | | 6.00 | | |
| Appendix (covers and binding) | G: | xxxxx | | 2.00 | | |
| Appendix (copying and collating) | G: | H: | | 0.08 | | |
| Reply Brief (original) | xxxxx | E: | | 6.00 | | |
| Reply Brief (covers and binding) | G: | xxxxx | | 2.00 | | |
| Reply Brief (copying and collating) | G: | H: | | 0.08 | | |
| Other (describe): | I: | J: | | | 413.38 | |
| GRAND TOTALS | | | | | 537.11 | |

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT
MAR 29 2012
JAN HORBALY
CLERK

City/County of New York ) District/State of New York ) SS

I, K: Lynda Q. Nguyen, swear under penalty of perjury that the services for which costs are taxed were necessarily performed. Itemized statements of the costs incurred or invoices are attached. Copies of this bill were served on all parties. The certificate of service is attached.

Signature: _Lynda Nguyen_    Date: 3-29-12    Attorney for: L: Marine Polymer, Plaintiff-Appellee

Reset Fields

APPENDIX A TO
FORM 24 OF PLAINTIFF-APPELLEE MARINE POLYMER TECHNOLOGIES, INC.'S
BILL OF COSTS

| ITEM | Number of copies | Number of pages | Actual cost | Allowable cost | Total billed | Total taxed |
|---|---|---|---|---|---|---|
| Non-Confidential Brief for Plaintiff-Appellee Marine Polymer Technologies, Inc. (original) | XXXX | E: 73 | 29.14 | 6.00 | 29.14 | |
| Non-Confidential Brief for Plaintiff-Appellee Marine Polymer Technologies, Inc. (cover and binding) | G: 7 | XXXX | 112.00 | 2.00 | 14.00 | |
| Non-Confidential Brief for Plaintiff-Appellee Marine Polymer Technologies, Inc. (copying and collating) | G: 7 | H: 511 | 91.98 | 0.08 | 40.88 | |
| **Grand Total** | | | | | 84.02 | |

NYI-4440251v1

APPENDIX B TO
FORM 24 OF PLAINTIFF-APPELLEE MARINE POLYMER TECHNOLOGIES, INC.'S
BILL OF COSTS

| ITEM | Number of copies | Number of pages | Actual cost | Allowable cost | Total billed | Total taxed |
|---|---|---|---|---|---|---|
| *Replacement* Confidential Brief for Plaintiff-Appellee Marine Polymer Technologies, Inc. (original) | XXXX | E: 72 | 22.36 | 6.00 | 22.36 | |
| *Replacement* Confidential Brief for Plaintiff-Appellee Marine Polymer Technologies, Inc. (cover and binding) | G: 13 | XXXX | 122.20 | 2.00 | 26.00 | |
| *Replacement* Confidential Brief for Plaintiff-Appellee Marine Polymer Technologies, Inc. (copying and collating) | G: 13 | H: 936 | 168.48 | 0.08 | 74.88 | |
| **Grand Total** | | | | | 123.24 | |

NYI-4440158v1

APPENDIX C TO
FORM 24 OF PLAINTIFF-APPELLEE MARINE POLYMER TECHNOLOGIES, INC.'S
BILL OF COSTS

| ITEM | Number of copies | Number of pages | Actual cost | Allowable cost | Total billed | Total taxed |
|---|---|---|---|---|---|---|
| *Replacement* Non-Confidential Brief for Plaintiff-Appellee Marine Polymer Technologies, Inc. (original) | XXXX | E: 73 | 27.92 | 6.00 | 27.92 | |
| *Replacement* Non-Confidential Brief for Plaintiff-Appellee Marine Polymer Technologies, Inc. (cover and binding) | G: 6 | XXXX | 88.68 | 2.00 | 12.00 | |
| *Replacement* Non-Confidential Brief for Plaintiff-Appellee Marine Polymer Technologies, Inc. (copying and collating) | G: 6 | H: 438 | 78.84 | 0.08 | 35.04 | |
| **Grand Total** | | | | | 74.96 | |

NYI-4440252v1

APPENDIX D TO
FORM 24 OF PLAINTIFF-APPELLEE MARINE POLYMER TECHNOLOGIES, INC.'S
BILL OF COSTS

| ITEM | Number of copies | Number of pages | Actual cost | Allowable cost | Total billed | Total taxed |
|---|---|---|---|---|---|---|
| Plaintiff-Appellee's Combined Petition for Panel Rehearing and Rehearing *En Banc* (original) | XXXX | E: 46 | 17.56 | 6.00 | 17.56 | |
| Plaintiff-Appellee's Combined Petition for Panel Rehearing and Rehearing *En Banc* (cover and binding) | G: 20 | XXXX | 167.60 | 2.00 | 40.00 | |
| Plaintiff-Appellee's Combined Petition for Panel Rehearing and Rehearing *En Banc* (copying and collating) | G: 20 | H: 920 | 183.60 | 0.08 | 73.60 | |
| **Grand Total** | | | | | 131.16 | |

NYI-4440156v1



Client:　Jones Day
　　　　222 East 41st Street
　　　　New York, NY 10017

Date of Service:　January 3, 2011

United States Court of Appeals for the Federal Circuit

2010-1548

*Marine Polymer Technologies, Inc. v. HemCon, Inc.*

**PRINTING SERVICES:**

| | |
|---|---|
| original & 17 copies - | Confidential Brief for Plaintiff-Appellee Marine Polymer Technologies |

Cover: ............................................................... 88.00
Print: 18 copies, 72 pages @ $.18 ............................... 233.28
Bind: 18 copies @ $5.00 each .................................... 90.00



Client: Jones Day  
222 East 41st Street  
New York, NY 10017

Date of Service: January 3, 2011

United States Court of Appeals for the Federal Circuit

2010-1548

*Marine Polymer Technologies, Inc. v. HemCon, Inc.*

**PRINTING SERVICES:**

original & 7 copies - Non-Confidential Brief for Plaintiff-Appellee Marine Polymer Technologies

Cover: ........................................................................ 88.00  
Print: 8 copies, 73 pages @ $.18 ............................................ 105.12  
Bind: 8 copies @ $5.00 each ................................................. 40.00



Client:  Jones Day  
       222 East 41st Street  
       New York, NY 10017

Date of Service:  January 24, 2011

## United States Court of Appeals for the Federal Circuit

### 2010-1548

*Marine Polymer Technologies, Inc. v. HemCon, Inc.*

**PRINTING SERVICES:**

original & 19 copies  -  Confidential Replacement Brief for Plaintiff-Appellee Marine Polymer Technologies

Cover: .................................................................................. 88.00  
Print: 20 copies, 72 pages @ $.18 ............................................ 259.20  
Bind: 20 copies @ $5.00 each .................................................. 100.00



Client: Jones Day
222 East 41st Street
New York, NY 10017

Date of Service: January 24, 2011

United States Court of Appeals for the Federal Circuit

2010-1548

*Marine Polymer Technologies, Inc. v. HemCon, Inc.*

**PRINTING SERVICES:**

original & 8 copies - Non-Confidential Replacement Brief for Plaintiff-Appellee Marine
Polymer Technologies

Cover: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 88.00
Print: 9 copies, 73 pages @ $.18 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 118.26
Bind: 9 copies @ $5.00 each . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45.00



Client:  Jones Day
        222 East 41st Street
        New York, NY 10017

Date of Service:  October 26, 2011

United States Court of Appeals for the Federal Circuit

2010-1548

*Marine Polymer Technologies, Inc. v. HemCon, Inc.*

**PRINTING SERVICES:**

original & 25 copies -  Plaintiff-Appellee's Combined Petition for Panel Rehearing and Rehearing En Banc

| | |
|---|---|
| Cover: | 88.00 |
| Print: 26 copies, 45 pages @ $.20 | 234.00 |
| Addendum Blue Sheet: 26 copies @ $.18 | 4.68 |
| Bind: 26 copies @ $5.00 each | 130.00 |

## CERTIFICATE OF SERVICE

    I, Gerald L. Shipley, in connection with Appeal No. 2010-1548 (Marine Polymer Technologies, Inc. v. HemCon, Inc.), hereby certify that on March 29, 2012, as indicated below, a copy of Plaintiff-Appellee Marine Polymer Technologies, Inc.'s Bill of Costs (Form 24), with Appendices A-D and supporting invoices, was served via overnight mail and electronic mail on the following counsel for Defendant-Appellant HemCon, Inc.:

Electronic Mail:

Raymond A. Kurz, Esq.
raymond.kurz@hoganlovells.com
Celine Crowson, Esq.
celine.crowson@hoganlovells.com
Rebekah L. Osborne, Esq.
rebekah.osborne@hoganlovells.com
Keith B. O'Doherty, Esq.
keith.odoherty@hoganlovells.com
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Phone: (202) 637-5600

Overnight Mail:

Raymond A. Kurz, Esq.
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Phone: (202) 637-5600

_____
Gerald L. Shipley